IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15CR101 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| ASHLEY WILSON, | : | 21 U.S.C. § 844(a) |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 4513.02(A) |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about May 24, 2015, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, the Defendant, ASHLEY WILSON, did knowingly possess a quantity of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844(a).

COUNT 2

On or about May 24, 2015, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, ASHLEY WILSON, did drive or move, or cause or knowingly permit to be driven or moved, on any highway any vehicle or combination of vehicles which was in such unsafe condition as to endanger any person.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4513.02(A).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch