# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Ashley Wilson,

        Defendant.

Case 3:15-cr-101

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Possession of Marijuana, in violation of 21 U.S.C., Section 844, made in Count 1 of the Information, is hereby AMENDED to charge Possession of Drug Paraphernalia, a fourth degree misdemeanor, in violation of O.R.C. Section 2925.14(C)(1).

IT IS SO ORDERED.

Date: _5/1/19_

_Sharon L. Ovington_
United States Magistrate Judge

_Julenal McCann_
Assistant United States Attorney